No. 406. MERCER ET AL. *v.* HEMMINGS ET AL., *ante,* p. 46. Motions of American Institute of Certified Public Accountants, Inc., Howard Johnson Co., Equitable Securities Corp., W. R. Grace & Co., and General Foods Corp., for leave to file briefs, as *amici curiae,* in support of petition for rehearing granted. Petition for rehearing denied. *David B. Isbell* for American Institute of Certified Public Accountants, Inc., *John T. Noonan* for Howard Johnson Co., *Marvin Schwartz* for Equitable Securities Corp., *Leo A. Larkin* for W. R. Grace & Co., and *Robert MacCrate* for General Foods Corp.

DECEMBER 11, 1967.

No. 624, Misc. STOTTS *v.* UNITED STATES. C. A. 10th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 769, Misc. RABURN *v.* NASH, JUDGE. Sup. Ct. N. M. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

No. 796, Misc. MOORE *v.* CALIFORNIA ET AL. Super. Ct. Cal., County of Ventura. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *DeWitt F. Blase* for petitioner.

No. 359, Misc. SANCHEZ *v.* CALIFORNIA. Sup. Ct. Cal. Motion to defer consideration of petition for writ of certiorari granted. *Charles F. Prael* on the motion.